KEYES FARM AND DAIRY COMPANY, Respondent,
v. McCRADY, Appellant.

St. Louis Court of Appeals, November 13, 1906.

PRACTICE: Conflicting Evidence: Conclusiveness of Finding by
Trial Court. A finding by the trial court of a certain state of
facts concerning which the evidence was conflicting is conclu-
sive upon the Court of Appeals.

Appeal from St. Louis City Circuit Court.—*Hon. Jesse
A. McDonald,* Judge.

AFFIRMED.

*Peers & Peers* for appellant.

*Bernard Greensfelder* for respondent.

BLAND, P. J.—This cause originated in a justice's
court, from which, in due course, it was appealed to the
circuit court, where on a trial anew to the court sitting
as a jury, plaintiff, a corporation recovered judgment.
The only declaration of law asked by defendant, was to
the effect that under the law and evidence, plaintiff
could not recover. No objection was made to the ad-
mission or rejection of evidence. The sole contention of
defendant is that the evidence is insufficient to support
the finding and judgment of the court.

The evidence discloses that plaintiff is a dealer in
ice cream and milk, and that the Hamilton Ice Cream
Company, a co-partnership, purchased of plaintiff, in
the year 1905, one hundred dollars worth of milk and ice
cream and owes the balance of $86.49 on the account.
The evidence for plaintiff tends to prove that defendant
was a member of the Hamilton Ice Cream Company and
held himself out to the plaintiff as a member of said

firm. The evidence for defendant tends to show that he was not a member of said firm and never held himself out to plaintiff as such. In this state of the case, there is nothing for this court to do but affirm the judgment. The judgment is affirmed. All concur.